**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**CHICAGO DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 09-16904-JPC |
| | § | |
| JULIA DODOO | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days of the date of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 a.m. on 8/26/2010, in Courtroom 619, United States Courthouse, . If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:   07/26/2010            By:   /s/ David P. Leibowitz
                                                 (Trustee)

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

**UST-Form 101-7-NFR (9/1/2009)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# CHICAGO DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 09-16904-JPC |
| | § | |
| JULIA DODOO | § | |
| | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of* $8,053.19
*and approved disbursements of* $0.00
*leaving a balance on hand of[1]:* $8,053.19

Claims of secured creditors will be paid as follows: NONE

Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---:|---:|
| Trustee, DAVID P. LEIBOWITZ | $1,555.32 | $66.78 |
| Attorney for Trustee, Lakelaw | $450.00 | $11.87 |

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of additional interest

**UST-Form 101-7-NFR (9/1/2009)**

Timely claims of general (unsecured) creditors totaling $56,574.92 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 10.6%.

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Proposed Amount |
|---|---|---|---|
| 1 | DISCOVER BANK | $5,895.16 | $622.00 |
| 2 | Chase Bank USA,N.A | $465.26 | $49.09 |
| 3 | PYOD LLC its successors and assigns as assignee of Citibank, | $4,992.88 | $526.80 |
| 4 | FIA CARD SERVICES, NA/BANK OF AMERICA | $34,859.20 | $3,677.99 |
| 5 | Recovery Management Systems Corporation For GE Money Bank dba GAP | $1,347.40 | $142.16 |
| 6 | Recovery Management Systems Corporation For GE Money Bank, dba SAM'S CLUB | $5,541.07 | $584.64 |
| 7 | For GE Money Bank,dba JCPENNEY CREDITRecovery Management Systems Corporation | $1,222.83 | $129.02 |
| 8 | Recovery Management Systems Corporation For GE Money Bank,dba SAM'S CLUB | $2,251.12 | $237.52 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0%.

Tardily filed general (unsecured) claims are as follows: NONE


Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0%.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE


The amount of surplus returned to the debtor(s) after payment of all claims and interest is $0.00.

**UST-Form 101-7-NFR (9/1/2009)**

Prepared By: /s/ David P. Leibowitz
Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST-Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: mrahmoun              Page 1 of 2          Date Rcvd: Jul 27, 2010
Case: 09-16904                Form ID: pdf006             Total Noticed: 34
```

The following entities were noticed by first class mail on Jul 29, 2010.
```
db           +Julia Dodoo,    6612 Old Plank Blvd,    Matteson, IL 60443-2930
tr           +David P Leibowitz, ESQ,    Leibowitz Law Center,    420 Clayton Street,    Waukegan, IL 60085-4216
13896667     +Bank of America,    PO Box 17054,    Wilmington DE 19850-7054
13896683      Bose Corporation,    The Mountain,    Framingham, MA 01701
13896668     +CBNA,    1000 Technology Dr.,    O'Fallon, MO 63368-2239
13896664    ++CHASE CARD SERVICES,    201 NORTH WALNUT STREET,    ATTN MARK PASCALE,    MAIL STOP DE1-1406,
               WILMINGTON DE 19801-2920
             (address filed with court: Washington Mutual/ Chase,    Po Box 1093,    Northridge, CA 91328)
14187628     +Chase Bank USA,N.A,    c/o Creditors Bankruptcy Service,    P O Box 740933,    Dallas,Tx 75374-0933
13896663     +Chase Mortgage,    Home finance LLC,    PO Box 24696,    Columbus, OH 43224-0696
13896682      Citibank Client Services,    PO Box 769013,    San Antonio, TX 78245-9013
13896669     +Citicards,    PO Box 6241,    Sioux Falls, SD 57117-6241
15423033      Citicorp Trust Bank,    P.O. Box 140489,    Irving, TX 75014-0489
13896681     +Citifinancial Retail SVC,    PO Box 22066,    Tempe, AZ 85285-2066
13896666     +City of Chicago,    Department of Water,    1000 E. Ohio St.,    Chicago, IL 60611-3416
13896665     +Codilis and Associates,    15W030 N. Frontage Rd.,    Burr Ridge, IL 60527-6921
13896675    ++HSBC BANK,    ATTN BANKRUPTCY DEPARTMENT,    PO BOX 5213,    CAROL STREAM IL 60197-5213
             (address filed with court: HSBC/ Best Buy,    PO Box 15524,    Wilmington, DE 19850)
13896677    ++HSBC BANK,    ATTN BANKRUPTCY DEPARTMENT,    PO BOX 5213,    CAROL STREAM IL 60197-5213
             (address filed with court: HSBC/ Menards,    PO Box 15524,    Wilmington, DE 19850)
13896676     +HSBC CARSN,    PO Box 15521,    Wilmington, DE 19850-5521
13896679     +MCYDSNB,    9111 Duke Blvd.,    Mason, OH 45040-8999
13896680     +NCO FIN/ 22,    507 Prudential Rd.,    Horsham, PA 19044-2308
13896662      National City Mortgage,    PO Box 1820,    Dayton, OH 45401-1820
13896684     +Northwestern Employee Benefit Plan,    251 E. Huron St.,    Chicago, IL 60611-2908
14197391     +PYOD LLC its successors and assigns as assignee of,    Citibank,    c/o Resurgent Capital Services,
               PO Box 19008,    Greenville, SC 29602-9008
```

The following entities were noticed by electronic transmission on Jul 27, 2010.
```
aty          +E-mail/Text: nstu1@aol.com                            Neal Gainsberg,    Staver & Gainsberg, P C,
               120 W Madison St,    Suite 520,    Chicago, IL 60602-4302
14141428      E-mail/PDF: mrdiscen@discoverfinancial.com Jul 28 2010 01:00:09      DISCOVER BANK,
               DFS Services LLC,    PO Box 3025,    New Albany, Ohio  43054-3025
13896670     +E-mail/PDF: mrdiscen@discoverfinancial.com Jul 28 2010 01:00:09      Discover Financial Svcs LLC,
               PO Box 15316,    Wilmington, DE 19850-5316
14370699      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 28 2010 00:44:41
               FIA CARD SERVICES, NA/BANK OF AMERICA,    BY AMERICAN INFOSOURCE LP AS ITS AGENT,    PO Box 248809,
               Oklahoma City, OK  73124-8809
13896671     +E-mail/PDF: gecsedi@recoverycorp.com Jul 28 2010 00:47:56      GEMB/ GAP,    PO Box 981400,
               El Paso, TX 79998-1400
13896672     +E-mail/PDF: gecsedi@recoverycorp.com Jul 28 2010 00:47:56      GEMB/ JCP,    PO Box 981131,
               El Paso, TX 79998-1131
13896674     +E-mail/PDF: gecsedi@recoverycorp.com Jul 28 2010 00:47:56      GEMB/ Sam's Club,    PO Box 981400,
               El Paso, TX 79998-1400
13896673     +E-mail/PDF: gecsedi@recoverycorp.com Jul 28 2010 00:47:56      GEMB/ Sams Club,    PO Box 981064,
               El Paso, TX 79998-1064
13896678     +E-mail/PDF: cr-bankruptcy@kohls.com Jul 28 2010 01:01:31      Kohls/ Chase,
               N56 W. 17000 Ridgewood Dr.,    Menomonee Falls, WI 53051-7096
14485484     +E-mail/PDF: rmscedi@recoverycorp.com Jul 28 2010 00:48:05
               Recovery Management Systems Corporation,    For GE Money Bank,    dba SAM'S CLUB DISCOVER,
               25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
14485506     +E-mail/PDF: rmscedi@recoverycorp.com Jul 28 2010 00:48:05
               Recovery Management Systems Corporation,    For GE Money Bank,    dba JCPENNEY CREDIT SERVICES,
               25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
14485481     +E-mail/PDF: rmscedi@recoverycorp.com Jul 28 2010 00:48:05
               Recovery Management Systems Corporation,    For GE Money Bank,    dba GAP,
               25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
                                                                                              TOTAL: 12
```

```
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-1            User: mrahmoun             Page 2 of 2                  Date Rcvd: Jul 27, 2010
Case: 09-16904                  Form ID: pdf006            Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 29, 2010**                    **Signature:**    *Joseph Speetjens*